IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GULF RESTORATION NETWORK, INC. <br> AND SIERRA CLUB, INC., *Plaintiffs* <br> <br> *v.* <br> <br> KEN SALAZAR, Secretary of the <br> Department of the Interior; and MICHAEL <br> R. BROMWICH, Director of the <br> Bureau of Ocean Energy, Management, <br> Regulation, and Enforcement,[1] <br> <br> <br> *This document applies only to Case No. 10-1497* | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CASE NO: 2:10-cv-01497 <br> (Consolidated with Case No. <br> 2:10-cv-01630) <br> <br> Judge Kurt D. Engelhardt <br> <br> <br> Section "N"(1) |

* * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL

Plaintiffs Gulf Restoration, Inc. and the Sierra Club, Inc. voluntarily dismiss Case No. 10-1497 pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure by filing this stipulation of dismissal signed by all parties who have appeared in this case. **Plaintiffs are not dismissing consolidated case No. 10-1630**. Pursuant to Rule 8, Eastern District of Louisiana's

---

[1] By Secretarial Order 3302, issued on June 18, 2010, the Minerals Management Service was renamed the Bureau of Ocean Energy, Management, Regulation, and Enforcement and S. Elizabeth Birnbaum has been replaced by Michael R. Bromwich as the Director. The caption of this motion has been updated to reflect these changes.

1

Administrative Procedures for Electronic Case Filing, counsel represents that all parties who have electronically signed this stipulation of dismissal have consented to the filing of this document.  The following signatories have stipulated to dismissal of Case No. 10-1497 on behalf of the parties who have appeared in this case:

| | |
|---|---|
| ___s/ Robert Wiygul_____<br>Robert Wiygul<br>Waltzer & Wiygul<br>1011 Iberville Drive<br>Ocean Springs, Mississippi  39564<br>Office: (228) 872-1125<br>Fax:    (228) 872-1128<br>*Counsel for Plaintiffs*<br><br>____s/ Joel Waltzer_____<br>Joel Waltzer<br>Waltzer & Wiygul<br>3715 Westbank Expressway, Ste. 13<br>Harvey, Louisiana  70058<br>Office:  (504) 340-6300<br>Fax (504) 340-6330<br>*Counsel for Plaintiffs*<br><br>___s/ Alisa A. Coe_____<br>Alisa A. Coe<br>Monica K. Reimer<br>David G. Guest<br>Earthjustice<br>P.O. Box 1329<br>Tallahassee, Florida  32302<br>Phone:  (850) 681-0031<br>Fax:    (850) 681-0031<br>*Counsel for Plaintiffs* | ___s/ Joanna K. Brinkman_____<br>Joanna K. Brinkman<br>Guillermo A. Montero<br>Kristofor R. Swanson<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 663<br>Washington, D.C. 20044-0663<br>*Counsel for Federal Defendants*<br><br>___s/ Judy Y. Barrasso_____<br>Judy Y. Barrasso<br>Bradley K. Ervin<br>Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.<br>909 Poydras St. 24th Floor<br>New Orleans, Louisiana  70112<br>Telephone: (504) 589-9720<br>Facsimile: (504) 589-9701<br><br>And<br><br>___s/ Steven J. Rosenbaum_____<br>Steven J. Rosenbaum<br>Bradley K. Ervin<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 662-5568<br>Facsimile: (202) 778-5568<br>*Counsel for Defendant-Intervenors American Petroleum Institute, et al.* |

2

Respectfully submitted this 13th day of December, 2010.

____s/ Alisa A. Coe_____
Alisa A. Coe
La. Bar No. 27999
acoe@earthjustice.org
David G. Guest
Fla. Bar No. 0267228
*Admitted Pro Hac Vice*
dguest@earthjustice.org
Monica K. Reimer
Fla. Bar No. 0090066
*Admitted Pro Hac Vice*
mreimer@earthjustice.org
Earthjustice
P.O. Box 1329
Tallahassee, Florida  32302-1329
Phone:  (850) 681-0031
Facsimile: (850) 681-0020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of Court using CM/ECF on this 13th day of December, 2010 and served by CM/ECF on all counsel of record.

____s/ Alisa A. Coe_____
Attorney

3